# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-1693WM

_____

Danny Croman,                                          *
                                                       *
            Plaintiff-Appellant,                       *
                                                       *
      v.                                               *
                                                       *   Appeal from the United States
City of Kansas City, Missouri;                         *   District Court for the Western
                                                       *   District of Missouri.
            Defendant-Appellee,                        *
                                                       *       [UNPUBLISHED]
Valissa Smith, Reporter, KCTV                          *
Channel 5; Anne Peterson, Anchor,                      *
KCTV, Channel 5,                                       *
                                                       *
            Defendants.                                *

_____

Submitted:  November 2, 1998
Filed:  November 9, 1998

_____

Before FAGG, BEAM, and LOKEN, Circuit Judges.

_____

PER CURIAM.

     Danny Croman appeals the district court's adverse grant of summary judgment in Croman's 42 U.S.C. § 1983 lawsuit.  Having carefully reviewed the record and the parties' briefs, we conclude the district court's judgment was correct and no useful

purpose will be served by an extended discussion.  We affirm substantially for the reasons stated by the district court.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.